# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Karen Bieksza,**
**on behalf of child JB,**

       **Plaintiff,**               **CASE NUMBER:**

    vs.

                                                6:09cv383     NAM/RFT

**Michael J. Astrue,**
**as Commissioner of the Social**
**Security Administration,**

       **Defendant**.


**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the plaintiff's attorney be allowed a fee under the Equal Access to Justice Act in the amount of three thousand, six-hundred fifty-four dollars and seventy-six cents ($3,654.76) for attorney fees,  and forty-seven dollars ($47.00) in expenses.

    All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 27th day of January, 2010.


DATED: January 27, 2010

                                                          *Lawrence K. Baerman*
                                                          Clerk of Court

                                                                  s/

                                                           Marie N. Marra
                                                          Deputy Clerk